1
2
3
4
5
6
7

_____ FILED _____ LODGED
_____ RECEIVED

**Jan 14, 2021**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

8
9
10

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11
12

UNITED STATES OF AMERICA,

NO.  CR21-5020 BHS

13

Plaintiff

**CRIMINAL INFORMATION**

14

v.

U.S.C. Title 18, Section 1703(b)
(Delay or Destruction of Mail or
Newspapers)

15

SOPHIA GILVEN,

16

Defendant.

17

**Misdemeanor**

18
19
20

The United States Attorney charges that:

**Count One**
**(Destruction of Mail or Newspapers)**

21
22
23
24

From on or about June 9, 2018, to on or about June 13, 2018, in Tacoma, in Pierce County, within the Western District of Washington, SOPHIA GILVEN, without authority, knowingly destroyed mail not directed to her.

25

//

26

//

27

//

28

Information/Gilven - 1
USAO#2019R00655

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, STE 700
TACOMA, WASHINGTON 98402
(253) 428-3830

1   All in violation of Title 18, United States Code, Section 1703(b).

2   DATED this  14th  day of January, 2021.

3

4

5

6   *Sarah G. Vogel, for*
    BRIAN T. MORAN
7   United States Attorney

8

9   *Angelica Williams, for*
    GRADY J. LEUPOLD
10  Assistant United States Attorney

11

12  *Angelica Williams*
    ANGELICA WILLIAMS
13  Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Information/Gilven - 2
USAO#2019R00655